# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE ANTONIO HERNANDEZ VELASQUEZ,

    Petitioner,

v.

KEVIN McALEENAN, et al.,

    Respondents.

Case No. ED CV 19-1887-ODW (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that respondents' Motion to Dismiss (docket |
| 2 | no. 17) is granted, petitioner's Motion for Issuance of Writ of Habeas Corpus |
| 3 | (docket no. 13) is denied, and Judgment be entered denying the Petition and |
| 4 | dismissing this action without prejudice. |

DATED: March 25, 2020

                                        HONORABLE OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE