# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO HERNANDEZ VELASQUEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>KEVIN McALEENAN, et al.,<br><br>　　　　Respondents. | Case No. ED CV 19-1887-ODW (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: _March 25, 2020

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE